# Exhibit A

**Person Filing:** KENNETH BRYANT
**Address (if not protected):** 1310 E. VIRGINIA AVE
**City, State, Zip Code:** PHX AZ 85006
**Telephone:** (310) 462-2665
**Email Address:** MOSTVALUABLEBARBER@YAHOO.COM
**Lawyer's Bar Number:** _____

Clerk of the Superior Court
By Fernando Garza, Deputy
Date 02/17/2023 Time 15:46:24
Description                        Amount
-------- CASE# CV2023-002635 --------
CIVIL NEW COMPLAINT          333.00 D
TOTAL AMOUNT                   0.00
Receipt# 29133575

Representing ☒ Self, without a Lawyer   or   ☐ Attorney for   ☐ Petitioner   OR   ☐ Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

**Name of Plaintiff:** KENNETH BRYANT

**Name of Defendant:**
PHOENIX POLICE DEPT.
CITY OF PHOENIX
PHOENIX MAYOR, KATE GALLEGO

**Case Number:** CV2023-002635

**Title:** CIVIL COMPLAINT

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

### JURISDICTION and VENUE

1. Maricopa County Superior Court has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

   ☒ The value of this case exceeds $10,000 dollars.

   ☒ Replevin or other nonmonetary remedy will take place in Maricopa County.

   ☒ The Plaintiff resides in Maricopa County.

   ☒ The Defendant resides in Maricopa County.

   ☒ The Defendant does business in Maricopa County.

   ☒ The events, actions, or debts subject of this Complaint occurred in Maricopa County.

   ☐ Other reason: _____

Case Number: _____

## DISCOVERY TIER

2. Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case to the following tier based on the amount of damages I request.

☐ Tier 1 = Actions claiming $50,000 or less in damages.

☐ Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

OR Actions claiming nonmonetary relief.

☒ Tier 3 = Actions claiming $300,000 or more in damages.

## PARTIES

3. The Plaintiff in this case is KENNETH BRYANT

4. The Defendant in this case is PHOENIX POLICE DEPT. / CITY OF PHOENIX PHOENIX MAYOR KATE GALLEGO

## STATEMENT OF FACTS AND BREACH

5. ON FEBRUARY 20 2022 KENNETH BRYANT WAS ARRESTED AND DETAINED BY PHOENIX POLICE.

6. THERE WAS NO PROBABLE CAUSE TO ARREST/DETAINED KENNETH BRYANT. POLICE ACTIONS WERE WILLFUL AND WANTON

7. THERE WAS NO PROBABLE CAUSE TO BELIEVE KENNETH BRYANT WAS DRIVING OR IN CONTROL OF A VEHICLE.

8. BODYCAM VIDEO/AUDIO WILL SHOW THAT KENNETH BRYANT WAS NOT ADVISED OF ADMIN PER SE AND DID NOT REFUSE BREATHALYZER.

9. BODYCAM VIDEO/AUDIO/IN CUSTODY VIDEO WILL SHOW PHOENIX POLICE UNLAWFULLY SEARCHED AND SEIZED KENNETH BRYANT'S BLOOD

10. AS A RESULT OF THIS ARREST KENNETH BRYANT IS CURRENTLY FACING CRIMINAL PROSECUTION.

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

## APPLICABLE LAW SUPPORTING CLAIMS

( 1 ) 42 U.S.C 1983 CIVIL RIGHTS VIOLATIONS

( 2 ) FALSE ARREST / FALSE IMPRISONMENT
ARS 13-1303

( 3 ) ASSAULT / BATTERY   ARS 13-1203
ARS 13-1204

( 4 ) EXCESSIVE FORCE

( 5 ) UNREASONABLE SEARCH / SEIZURE

( 6 ) MALICIOUS PROSECUTION

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## INJURIES

( 1 ) WILLFUL AND WANTON BEHAVIOR TO INFLICT EMOTIONAL DISTRESS / DEPRIVE OF CIVIL RIGHTS / DUE PROCESS / EQUAL PROTECTION

Case Number: _____

( 2 ) ASSAULT / BATTERY

( 3 ) MENTAL SUFFERING / LOSS OF ENJOYMENT OF LIFE / LOSS OF QUALITY OF LIFE / FRIGHT / MORTIFICATION / NERVOUSNESS

( 4 ) EMOTIONAL DISTRESS / DEPRESSION / APPREHENSION / GRIEF LOSS OF COMPANIONSHIP / INCONVENIENCE

( 5 ) DAMAGE TO REPUTATION

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

## DEMAND FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs and expenses incurred herein, **or** non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

( 1 ) CITY OF PHOENIX POLICE DEPARTMENT
$250,000,000.00

( 2 ) CITY OF PHOENIX
$100,000,000.00

( 3 ) CITY OF PHOENIX MAYOR, KATE GALLEGO
$100,000,000.00

( 4 ) ATTORNEYS FEES AND COURT COST

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

Dated this 02/17/2023.
(Date of signature)

_Kenneth R._ (signature)
(Signature of Plaintiff or Plaintiff's Attorney)

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                    Page 4 of 4                    CVC10f 070118

CLERK OF THE
SUPERIOR COURT
FILED
F. GARZA, DEP

2023 FEB 17 PM 3:45

Person Filing: KENNETH BRYANT
Address (if not protected): 1310 E. VIRGINIA AVE
City, State, Zip Code: PHX AZ 85006
Telephone: (310) 462 2665
Email Address: MOSTVALUABLEBARBER@YAHOO.com
Lawyer's Bar Number: _____

Representing ☒ Self, without a Lawyer   or  ☐ Attorney for   ☐ Plaintiff   OR   ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

KENNETH BRYANT
Name of Plaintiff

PHOENIX POLICE DEPARTMENT
CITY OF PHOENIX
PHOENIX MAYOR, KATE GALLEGO
Name of Defendant

Case Number: CV2023-002635

Title: **PLAINTIFF'S DEMAND for JURY TRIAL**

Plaintiff, KENNETH BRYANT (Name of Plaintiff), demands a trial by jury in this case. If this case is sent to compulsory arbitration, Plaintiff demands a trial by jury if there is an appeal from that compulsory arbitration.

Dated this 02/17/2023
(Date of signature)

_____
(Signature of Plaintiff or Plaintiff's Attorney)

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                  Page 1 of 1                  CVC11f 050718

Person Filing: **KENNETH BRYANT**
Address (if not protected): **1310 E. VIRGINIA AVE**
City, State, Zip Code: **PHX AZ 85006**
Telephone: **(310) 462 2665**
Email Address: **MOSTVALUABLEBARBER@YAHOO.COM**
Lawyer's Bar Number: _____
Representing [X] Self, without a Lawyer  or  [ ] Attorney for  [ ] Plaintiff  OR  [ ] Defendant

CLERK OF THE
SUPERIOR COURT
FILED
F. GARCIA, DEP

2023 FEB 17 PM 3:45

FOR CLERK'S USE ONLY

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

**KENNETH BRYANT**
PLAINTIFF,

VS.

**PHOENIX POLICE DEPARTMENT**
**CITY OF PHOENIX**
**PHOENIX MAYOR, KATE GALLEGO**
DEFENDANT.

Case Number: **CV2023-002635**

## CERTIFICATE OF COMPULSORY ARBITRATION

*Notice to Defendant: If you agree with the Plaintiff's Certificate of Compulsory Arbitration, you **DO NOT** need to file this form.

The undersigned certifies that this case is (Please check **ONLY** one option below):

[ ] **Subject to Arbitration** – The amount of money in controversy **DOES NOT** exceed $50,000, **AND** no other affirmative relief is sought.

[X] **Not Subject to Arbitration** – The amount of money in controversy **DOES** exceed $50,000, **OR** other affirmative relief is sought.

*Defendant – If you DISAGREE with the Plaintiff's Certificate of Compulsory Arbitration, please explain why you disagree below:

_____
_____

SUBMITTED this **17th** day of **FEBRUARY**, 20**23**.

SIGNATURE **Kenneth B**

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
Page 1 of 1
CV03f 120319

CLERK OF THE
SUPERIOR COURT
FILED
F. GARZA, DEP

2023 FEB 17 PM 3:42

For Clerk's Use Only

Person Filing: KENNETH BRYANT
Address (if not protected): 1310 E VIRGINIA AVE
City, State, Zip Code: PHX AZ 85006
Telephone: (310) 462 2665
Email Address: MOSTVALUABLEBARBER@yahoo.com
Lawyer's Bar Number: _____
Representing ☒ Self, without a Lawyer OR ☐ Attorney for ☐ Petitioner OR ☐ Respondent

SUPERIOR COURT OF ARIZONA
IN MARICOPA COUNTY

KENNETH BRYANT
Name of Petitioner / Plaintiff

PHOENIX POLICE DEPT.
CITY OF PHOENIX
PHOENIX MAYOR, KATE GALLEGO
Name of Respondent / Defendant

Case Number: CV2023-002635

ORDER REGARDING DEFERRAL
OR WAIVER OF COURT FEES AND
COSTS

THE COURT FINDS that the applicant or estate/ward/protected person, _____
KENNETH BRYANT _____ (print name):

1.  ☐ Is not eligible for a deferral or for a waiver of fees and costs.

    Or

2.  ☒ Is eligible for a deferral of fees and costs based on:

    ☒ Financial eligibility. As required by state law, the applicant has signed a consent to entry of judgment.

    ☐ At the court's discretion (A.R.S. § 12-302(L)).

    ☐ Good cause shown. As required by state law, the applicant has signed a consent to entry of judgment.

    Or

Case Number: _____

3.   ☐ <u>Is eligible for a waiver</u> of fees and costs based on:

   ☐ Applicant is permanently unable to pay.

   ☐ At the court's discretion (A.R.S. § 12-302(L)).

IT IS ORDERED:

☐ <u>Waiver is denied</u> for the following reasons:

   ☐ This is a class action. (A.R.S. § 12-302(K))

   ☐ The applicant is an ADOC inmate awaiting transportation to ADOC facilities or a non-ADOC inmate, and this is not a domestic relations action. (A.R.S. § 12-302(K))

   ☐ The applicant was previously declared a vexatious litigant by any court, and this is not a domestic relations case. (A.R.S. § 12-302(K))

   ☐ The applicant is not permanently unable to pay or the applicant has not established a receipt of benefits from the Supplemental Security Income (SSI) program. (ACJA § 5-206(F))

☐ <u>Waiver is granted</u> for the following fees and costs in this case that may be waived under A.R.S. § 12-302(H):

   ☐ Any or all filing fees, fees for the issuance of either a summons or subpoena, the cost of attendance at an educational program required by A.R.S. § 25-352, court accountant fees and costs, court investigator fees and costs, fees for obtaining one certified copy of letters of temporary or permanent appointment, and fees for obtaining one certified copy of a temporary order in a family court case or a final order, judgment, or decree in all civil proceedings.

   ☐ Fees for service of process by a sheriff, marshal, constable, or law enforcement agency.

   ☐ Fees for service by publication.

   ☐ Filing fees and photocopy fees for the preparation of the record on appeal.

   ☐ Court reporter or transcriber fees for the preparation of court transcripts, if the court reporter or transcriber is employed by the court.

☐ <u>Deferral is denied</u> for the following reason(s):

   ☐ The application is incomplete because _____

Case Number: _____

> You are encouraged to submit a complete application.

☐ The applicant does not meet the financial criteria for deferral because:

    ☐ The applicant did not provide proof that they are receiving public assistance benefits from the Temporary Assistance to Needy Families (TANF) program or Food Stamps;

    ☐ The applicant did not provide documentation that they are currently receiving services from a non-profit legal aid program;

☐ The applicant did not provide documentation that their income is insufficient or barely sufficient to meet the daily essentials of life and includes no allotment that could be budgeted to pay the fees and costs necessary to gain access to the court;

    ☐ Other reason: _____

_____

_____

☐ The applicant is an incarcerated felon, and this is not a domestic relations action. (A.R.S. § 12-302(E))

☒ **Deferral is granted** for the following fees and costs in this court:

☒ Any or all filing fees, fees for the issuance of either a summons or subpoena, the cost of attendance at an educational program required by A.R.S. § 25-352, court accountant fees and costs, court investigator fees and costs, fees for obtaining one certified copy of letters of temporary or permanent appointment, and fees for obtaining one certified copy of a temporary order in a family court case or a final order, judgment, or decree in all civil proceedings.

☒ Fees for service of process by a **sheriff**, marshal, constable, or law enforcement agency.

☒ Fees for service by publication.

☐ Filing fees and photocopy fees for the preparation of the record on appeal.

☐ Court reporter or transcriber fees for the preparation of court transcripts, if the court reporter or transcriber is employed by the court.

Case Number: _____

If a deferral is granted, applicant must pay as follows:

> [☒] ~~No~~ payments will be due until further notice or at the conclusion of your case.
>
> [ ] Payment plan. The applicant must pay $_____ each _____ (week, month etc.) until paid in full, beginning _____.
>
> [ ] Payment due date. The applicant must pay the service of process fee of $_____ on or before _____.

> Right to judicial review. If the court denies your application or sets a payment plan for you, you may request a judicial officer to review the decision by filing a Request and Order for Hearing. You must file the request within 20 days of the day the order was mailed or delivered to you. If the court sets a payment plan for you, no payments will be due until the court reviews the request. The court will review the request as soon as reasonably possible.

> If you do not pay the service of process fees when they are due, you will receive a Notice of Court Fees and Costs Due. The Notice of Court Fees and Costs Due will remind you that you may submit a Supplemental Application (Form No. GNDW92f) for further deferral or waiver if you believe you still cannot afford to pay your court fees. The court will review your Supplemental Application and decide at that time whether or not you must pay.

Notice regarding consent judgment. A consent judgment may be entered against you for all fees or costs that are deferred but remain unpaid 30 calendar days after entry of the final judgment, decree, or order unless:

　A. The fees and costs are taxed to another party.

　B. You establish a payment plan and make timely payments.

　C. You file a Supplemental Application, and the court has not made a ruling on it.

　D. In response to the Supplemental Application, the court orders the fees and costs to be waived or further deferred.

　E. Within 20 days of the date the court denies the Supplemental Application,
　　　o You pay the fees and costs.
　　　o You request a hearing. The court cannot enter the consent judgment unless a hearing is held, further deferral or waiver is denied, and payment has not been made within the time given by the court.

Case Number: _____

If you appeal the final order, decree, or judgment, unpaid court fees are due 30 days after the appeals process ends. The procedures for notice of court fees and costs and for entry of a consent judgment continue to apply.

| Duty to report change in financial circumstances. |
|---|
| An applicant who is granted a deferral or waiver must promptly notify the court of any change in financial circumstances during the course of the case that would affect the applicant's ability to pay court fees and costs. Any time the applicant appears before the court on this case, the court may inquire as to the applicant's financial circumstances. |

Dated: __FEB 17 2023__        _[signature]_  ☐ Judicial Officer / ☒ Special Commissioner

| Note: if the application is by verbal avowal, the applicant must sign the consent on the next page. |
|---|

I CERTIFY that I mailed/delivered a copy of this document to:
☒ Applicant ☐ at the above address, ☒ in court, ☐ hand delivered, ☐ by email
☐ Applicant's attorney ☐ at the above address, ☐ in court, ☐ hand delivered, ☐ by email

__FEB 17 2023__        By _[signature]_
Date                          Clerk of Superior Court

```
                                              CLERK OF THE
                                              SUPERIOR COURT
                                              RECEIVED CCB #2
                                              DOCUMENT DEPOSITORY
```

# MARICOPA COUNTY SHERIFF'S OFFICE     23 MAR -1 PM 4: 39
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

Kenneth Bryant  
vs.  
Phoenix Police Department, City Of Phoenix,  
Phoenix Mayor, Kate Gallego

FILED  
BY G. Farler DEP

| STATE OF ARIZONA | ) | CV2023-002635 |
|---|---|---|
| | ) ss. | |
| County of Maricopa | ) | 23001658 |

I hereby certify that I received the within documents on the **17th** day of **February A.D. 2023** at the hour of **4:03 PM,** and served the same on the **27th** day of **February A.D. 2023** on **City of Phoenix Mayor, Kate Gallego** being said defendant(s) named in said documents, by delivering to **Mrs. Dent, legal liaison,** who is authorized to accept service, at **200 W Washington Street Phoenix, AZ 85003** at **11:50 AM** in the County of Maricopa, a copy of said **Civil Cover Sheet-New Filing Only, Summons, Civil Complaint, Certificate Of Compulsory Arbitration, Plaintiff's Demand For Jury Trial.**

**Dated this 27th day of February A.D. 2023.**

| Service | $16.00 |
| Service | $16.00 |
| Service | $16.00 |
| Mileage | $16.00 |
| | |
| Total | $64.00 |

PAUL PENZONE  
Maricopa County Sheriff

J.P. Newman

By _____  
Deputy J. Newman #S1277

B2739

CLERK OF THE
SUPERIOR COURT
RECEIVED COB #2
DOCUMENT DEPOSITORY

**MARICOPA COUNTY SHERIFF'S OFFICE**     23 MAR -1 PM 4: 39
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

Kenneth Bryant                             FILED
vs.                                     BY G. Farler DEP
Phoenix Police Department, City Of Phoenix,
Phoenix Mayor, Kate Gallego


STATE OF ARIZONA    )           CV2023-002635
                    ) ss.
County of Maricopa  )           23001658


I hereby certify that I received the within documents on the **17th** day of **February** A.D. 2023 at the hour of **4:03 PM**, and served the same on the **27th** day of **February A.D. 2023** on **City of Phoenix** being said defendant(s) named in said documents, by delivering to **Mrs. Dent, legal liaison,** who is authorized to accept service, at **200 W Washington Street Phoenix, AZ 85003** at **11:50 AM** in the County of Maricopa, a copy of said **Civil Cover Sheet-New Filing Only, Summons, Civil Complaint, Certificate Of Compulsory Arbitration, Plaintiff's Demand For Jury Trial.**

**Dated this 27th day of February A.D. 2023.**

| | | |
|---|---|---|
| Service | $16.00 | |
| Service | $16.00 | |
| Service | $16.00 | |
| Mileage | $16.00 | |
| | | |
| Total | $64.00 | |

PAUL PENZONE
Maricopa County Sheriff

J.P. Newman

By _____
Deputy J. Newman #S1277

B2739

CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #2
DOCUMENT DEPOSITORY

23 MAR -1 PM 4: 39

FILED
BY G. Parker DEP

## MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

Kenneth Bryant
vs.
Phoenix Police Department, City Of Phoenix,
Phoenix Mayor, Kate Gallego

| | | |
|---|---|---|
| STATE OF ARIZONA | ) | CV2023-002635 |
| | ) ss. | |
| County of Maricopa | ) | 23001658 |

I hereby certify that I received the within documents on the **17th** day of **February** A.D. **2023** at the hour of **4:03 PM**, and served the same on the **27th** day of **February** A.D. **2023** on **City of Phoenix Police Department** being said defendant(s) named in said documents, by delivering to **Mrs. Dent, legal liaison,** who is authorized to accept service, at **620 W Washington Phoenix, AZ 85003** at **11:50 AM** in the County of Maricopa, a copy of said **Civil Cover Sheet-New Filing Only, Summons, Civil Complaint, Certificate Of Compulsory Arbitration, Plaintiff's Demand For Jury Trial.**

**Dated this 27th day of February A.D. 2023.**

| | |
|---|---|
| Service | $16.00 |
| Service | $16.00 |
| Service | $16.00 |
| Mileage | $16.00 |
| | |
| Total | $64.00 |

PAUL PENZONE
Maricopa County Sheriff

J.P. Newman

By _____
Deputy J. Newman #S1277

B2739

# ORIGINAL

CLERK OF THE
SUPERIOR COURT
RECEIVED CCS #2
DOCUMENT DEPOSITORY

23 MAR -1 PM 4: 39

FILED
BY G. Farler DEP

Person Filing: KENNETH BRYANT
Address (if not protected): 1310 E. VIRGINIA AVE
City, State, Zip Code: PHX AZ 85006
Telephone: (310) 462 2665
Email Address: MOSTVALUABLEBARBER@YAHOO.COM
Lawyer's Bar Number: _____
Representing [X] Self, without a Lawyer or [ ] Attorney for [ ] Plaintiff OR [ ] Defendant

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

KENNETH BRYANT
Name of Plaintiff

And PHOENIX POLICE DEPARTMENT
CITY OF PHOENIX
PHOENIX MAYOR, KATE GALLEGO
Name of Defendant

Case No.: CV2023-002635

### SUMMONS

If you would like legal advice from a lawyer, Contact the Lawyer Referral Service at
602-257-4434
or
www.maricopabar.org
Sponsored by the Maricopa County Bar Association

**WARNING:** This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:** PHOENIX POLICE DEPARTMENT, CITY OF PHOENIX, PHOENIX MAYOR, KATE GALLEGO
Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*
   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*
   - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*
   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

Case Number: _____

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

   - 601 West Jackson, Phoenix, Arizona 85003
   - 18380 North 40th Street, Phoenix, Arizona 85032
   - 222 East Javelina Avenue, Mesa, Arizona 85210
   - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5. Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7. Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

FEB 17 2023

**SIGNED AND SEALED this date**

**CLERK OF SUPERIOR COURT**

By_____
JEFF FINE, CLERK
Deputy Clerk
F. Garza
Deputy Clerk

© Superior Court of Arizona in Maricopa County          CV11f 031820
ALL RIGHTS RESERVED                     Page 2 of 2